UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA GOFORTH,<br><br>Plaintiff(s),<br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>Defendant(s). | CASE NO. C25-2475-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE AND WITHOUT AN AWARD OF FEES AND COSTS |

This matter is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice and without an Award of Fees and Costs. Dkt. No. 13. The parties having consented thereto, and for good cause shown, the motion is GRANTED and it is ORDERED that all claims by all parties, current or former, in this case are hereby dismissed with prejudice and without an award of fees or costs to any party, current or former. The Clerk is directed to close this case.

Dated this 16th day of September, 2026.

Kymberly K. Evanson
United States District Judge